374 A.2d 732

Ward, et al., Appellants, v. Proud.

Argued March 22, 1977.   S. Stanton Miller, Jr., with him Class, Saulnier, Dunn, Abel & Miller, for appellants;   D. Scace, with him James J. McEldrew, for appellee.

Order affirmed.

374 A.2d 732

Weaver v. Firestone Tire & Rubber Company, Appellant, et al.

Argued March 24, 1977.   John C. Youngman, Sr., with him Candor, Youngman, Gibson & Gault, for appellant;   Charles J. McKelvey, with him McNerney, Page, Vanderlin & Hall, for appellee.

Order and judgment affirmed.